## UNITED STATES of America, Plaintiff–Appellee,

v.

## Jason Michael STONE, Defendant–Appellant.

### No. 06–16055.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Pamela A. Martin Fax, USLV–Office of the U.S. Attorney, Lloyd George Federal Bldg., Las Vegas, NV, for Plaintiff–Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See*

Jason Michael Stone, Terminal Island, CA, pro se.

Before: KOZINSKI, LEAVY and BYBEE, Circuit Judges.

MEMORANDUM **

Jason Michael Stone appeals from the district court's order denying his 28 U.S.C. § 2255 motion challenging the sentence imposed following his guilty-plea conviction for distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Stone contends that he received ineffective assistance of counsel because counsel failed to seek a downward departure for over-representation of criminal history. A review of the record reflects that counsel's tactical decision to seek a departure based only on what he believed was the stronger ground of diminished mental capacity was not objectively unreasonable. *See Harris v. Vasquez,* 949 F.2d 1497, 1525 (9th Cir. 1990). Accordingly, counsel's performance was not deficient. *See Strickland v. Washington,* 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.